## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 23, 2015

**Notice**

Mr. Robert William Hojnoski
Ms. Carrie Masters Starts
Reminger Company
525 Vine Street, Suite 1700
Cincinnati, OH 45202

Mr. Mark A. Vander Laan
Dinsmore & Shohl
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202

Re: No. 15-3135
  *L.F.P.IP, LLC, et al v. Hustler Cincinnati, Inc., et al*

Dear Counsel,

   The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Wednesday, January 27, 2016**. You will be promptly advised of the Court's decision, or any other order or direction it may issue.

Sincerely yours,

s/Mary C. Patterson
Calendar Deputy